UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMTECH TELECOMMUNICATIONS CORP. and TELECOMMUNICATION SYSTEMS, INC.,<br><br>    Plaintiffs,<br><br>-against-<br><br>VIDEODOC TECHNOLOGIES, LTD.,<br><br>    Defendant. | Case No. 1:19-cv-6694<br><br>**PLAINTIFFS'**<br><br>**RULE 7.1 STATEMENT** |

Pursuant to federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Comtech Telecommunications Corp. ("Comtech") and Telecommunication Systems, Inc. ("TSYS"), certifies that:

1. TSYS is a wholly-owned subsidiary of Comtech and
2. Comtech is a publicly-held corporation.

Dated:   New York, New York
            July 18, 2019

                                                    Michael B. Smith (MS 3281)

4845-2973-6861, v. 1

1