USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Comtech Telecommunications Corp. et al

                           Plaintiff(s)

-v-

VideoDoc Technologies, LTD.

                           Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-06694(RA)

I hereby certify under the penalties of perjury that on the 31 day of July, 2019, I served:

VIDEODOC TECHNOLOGIES, LTD., Lansdowne House, 57 Berkeley Square, London W1J 6ER.

☒ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Complaint against Videodoc Technologies, LTD., Summons, and Order and Notice of Initial Conference.

by FedEx 7758 4897 7731.

Dated: New York, New York
7/31/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK



FROM: (646) 367-2771
ORIGIN ID:SXYA
JONATHAN LUPKIN
JONATHAN LUPKIN
80 BROAD ST SUITE 1301
NEW YORK, NY 10004 US
SIGN: JONATHAN LUPKIN

SHIP DATE: 29JUL19
ACTWGT: 1.00 LB
CAD: 108650173/INET4160

BILL SENDER
NO EEI 30.37(a)

TO LANSDOWNE HOUSE
VIDEODOC TECHNOLOGIES, LTD.
57 BERKELEY SQUARE

LONDON LO W1J 6ER
44203744226
INV:
PO:                    REF: TCS (VIDEODOC)
                       DEPT:

(GB)
567 J1/3251/05A2

TRK# 7758 4897 7731  0430

NP QQYA

A1
INTL PRIORITY

W1J 6ER
DSR
LO-GB  STN

FedEx Express
J192019052402uv

Express

Extremely Urgent