USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMTECH TELECOMMUNICATIONS CORP.,

        Plaintiff,

-v-

VIDEODOC TECHNOLOGIES, LTD.,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-6694 (RA) (KP)

I hereby certify under the penalties of perjury that on the 13th day of September, 2019, I served: VideoDoc Technologies, Ltd., c/o International House, 1-6 Yarmouth Place, London, W1J 7BU, one (1) copy of the Amended Complaint, by Federal Express 7761 8647 9750, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(c)(ii).

Dated: New York, New York
       September 13, 2019

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    _____
                                    Gordana Peter
                                    *Deputy Clerk*