```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/27/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMTECH TELECOMMUNICATIONS CORP. and TELECOMMUNICATION SYSTEMS, INC., | |
| Plaintiffs, | No.   19-CV-6694 (RA) |
| v. | ORDER |
| VIDEODOC TECHNOLOGIES, LTD., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

Plaintiffs have informed the Court that they intend to move for a default judgment in this case. *See* Dkt. 21.  They shall do so no later than October 18, 2019.

In light of Plaintiffs' intention to move for a default judgment, the initial pretrial conference scheduled for October 4, 2019 is hereby adjourned *sine die*.

Plaintiffs shall serve a copy of this Order on Defendant no later than October 2, 2019.

SO ORDERED.

Dated:   September 27, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge