USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMTECH TELECOMMUNICATIONS
CORP. and TELECOMMUNICATION
SYSTEMS, INC.,

                Plaintiffs,

v.

EUSEBIA, LTD. *f/k/a* VIDEODOC
TECHNOLOGIES, LTD,

                Defendant.

No.  19-CV-6694 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 15, 2019, the Clerk of Court entered a certificate of default against Defendant. *See* Dkt. 34. If Plaintiffs intend to move for default judgment against Defendant, they shall file such a motion, pursuant to Attachment A of the Court's Individual Rules & Practices in Civil Cases, no later than December 20, 2019.

SO ORDERED.

Dated:    December 4, 2019
            New York, New York

Ronnie Abrams
United States District Judge